RAISLER HEATING COMPANY, Appellant, v. WILLIAM S. SUSSMAN, INC., Respondent.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MORRIS BECKER, Respondent, v. ANNETTE STEINBERG, Appellant.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL J. GAYNOR, Appellant.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CHARLES D. HALSEY and Another, Respondents, v. ELLA L. BENSEL, as Executrix, etc., Appellant.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant, v. JOHN M. LARSEN, Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ORLANDO BATTAGLIA, Appellant, v. A. L. RANDALL COMPANY, Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

HARRY J. MARKS, Respondent, v. PHILLIPS BADENHAUSEN, Individually, and as Treasurer, etc., and Others, Appellants.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

DAVID S. ROUSS, Respondent, v. SAMUEL MEYERS, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JOSEPH WIEN, Respondent, v. MEYER ROBBINS, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of JOHN J. LORDAN, an Attorney.— Reference ordered to Hon. Joseph Newburger, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

KATE T. HICKIE, Plaintiff, v. ALEXANDER MACTIER HADDEN, Defendant.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. KATE TEDFORD HICKIE, Defendant.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Application of EDWARD J. McLAUGHLIN, Petitioner, v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, Respondent.— Order dismissed and determination confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

NEW YORK DOCK COMPANY, Respondent, v. WALTER BAKER & COMPANY, LTD., and Others, Appellants.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

154 WEST 14TH STREET COMPANY, INC., Appellant, v. D. A. SCHULTE, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.